IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

ERIC KOZOWSKI,

        Plaintiff,

v.

L. SHANE NELSON, et al.,

        Defendants.

_____

Civ. No. 6:18-cv-275-MK

ORDER

MCSHANE, Judge:

      Magistrate Judge Mustafa Kasubhai filed a Findings and Recommendation (ECF No. 110), and the matter is now before this court. *See* 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b). All parties filed objections to the Findings and Recommendation. Accordingly, I have reviewed the file of this case *de novo*. *See* 28 U.S.C. § 636(b)(1)(c); *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981). I find no error and conclude the report is correct.

      Magistrate Judge Kasubhai's Findings and Recommendation (ECF No. 110) is adopted.

1 –ORDER

The deadline to consent to Magistrate Judge Kasubhai trying this matter is August 31, 2020. With full consent, the case will remain with Judge Kasubhai for trial. If any party does not consent, the case will be reassigned to Judge McShane for trial.

IT IS SO ORDERED.

DATED this 23rd day of July, 2020.

                                                         _____/s/ Michael J. McShane_____
                                                               Michael McShane
                                                       United States District Judge